United States Courts Southern
District of Texas
FILED

*February 27, 2023.*

Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
_____ DIVISION

CARLA DEWALT

versus

TEXAS DEPARTMENT OF FAMILY PROTECTIVE SERVICES

§
§
§
§
§
§
§
§

CIVIL ACTION NO. _____

### EMPLOYMENT DISCRIMINATION COMPLAINT

1. This action is brought under Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is conferred by Title 42 United States Code, Section § 2000e-5.

2. The Plaintiff is: Carla Dewalt

   Address: 19022 Cloyanna ln.

   Humble, TX 77346

   County of Residence: Harris

3. The defendant is: TX Department of Family Services

   Address: PO Box 6629.

   Round Rock TX 78683

☐   Check here if there are additional defendants. List them on a separate sheet of paper with their complete addresses.

4. The plaintiff has attached to this complaint a copy of the charges filed on DFPS with the Equal Opportunity Commission.

5. On the date of 01/04/2023, the plaintiff received a Notice of Right to Sue letter issued by the Equal Employment Opportunity Commission; a copy is attached.

6.   Because of the plaintiff's:

(a)   ☐   race

(b)   ☐   color

(c)   ☐   sex

(d)   ☐   religion

(e)   ☐   national orgin,

the defendant has:

(a)   ☐   failed to employ the plaintiff

(b)   ☑   terminated the plaintiff's employment

(c)   ☐   failed to promote the plaintiff

(d)   ☑   other:  discriminated and retaliated

_____

_____

7.   When and how the defendant has discriminated against the plaintiff:

On May 12th 2022 Carla DeWalt informed Supervisor Tamala Ludwig of disability and ability to work. No accomendations were made and plantif contacted HR to request medical leave May 13th 2022. plantif informed M.S Ludwig on intentions of taking FMLA. On May 18 2022 employment had been terminated

8.   The plaintiff requests that the defendant be ordered:

(a)   ☑   to stop discriminating against the plaintiff

(b)   ☐   to employ the plaintiff

(c)   ☑   to re-employ the plaintiff

(d)   ☐   to promote the plaintiff

(e)  ☑  to  <u>Compensate Plantif</u>

<u> </u>

<u> </u> and that;

(f)  ☑  the Court grant other relief, including injunctions, damages, costs and

attorney's fees.

<u> </u>
(Signature of Plaintiff)

Address:  <u>19022 Cloyanna ln</u>

<u>Humble TX 77346</u>

Telephone:  <u>281-883-6690</u>

DocuSign Envelope ID: 386D2EF7-E3EB-4852-8247-667657418220



Carla Dewalt
Gary Martoccio
SPIELBERGER LAW GROUP
4890 W. Kennedy Blvd. Suite 950
Tampa, FL 33609

## NOTICE OF DISMISSAL AND RIGHT TO FILE CIVIL ACTION

### Carla Dewalt v Texas Department of Family and Protective Services

| TWCCRD Charge Number | EEOC Charge Number | TWCCRD Representative |
|---|---|---|
| 1A23052 | 451-2022-03341 | Marvin Chaney |

The Civil Rights Division has dismissed this Charge and is closing its file for the following reason:

[ ]     The facts alleged in the charge fail to state a claim under any of the statutes enforced by the TWCCRD.

[ ]     Your allegations did not involve a disability that is covered by the Americans with Disabilities Act or the Texas Labor Code, Chapter 21.

[ ]     The Responding Party employs less than the required number of employees or not otherwise covered by the statutes.

[ ]     We cannot investigate your charge because it was not filed within the time limits required by law.

[ ]     Having been given 30 days in which to respond, you failed to provide information, failed to appear,or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

[ ]     While reasonable efforts were made to locate you, we were not able to do so.

[ ]     You had 30 days to accept a reasonable settlement offer that afforded full relief for the harm you alleged. You failed to accept the full relief.

[X]     **The TWCCRD issues the following determination: Based upon its investigation, the TWCCRD is unable to conclude that the information obtained establishes any violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.**

[ ]     Other:

DocuSign Envelope ID: 386D2EF7-E3EB-4852-8247-667657418220

TWCCRD: 1A23052          Carla Dewalt v Texas Department of Family and Protective Services                    2
EEOC: 451-2022-03341

## NOTICE OF RIGHT TO FILE CIVIL ACTION

Pursuant to Sections 21.208, 21.252 and 21.254 of the Texas Labor Code, as amended, this notice is to advise you of your right to bring a private civil action in state court in the above referenced case. **PLEASE BE ADVISED THAT YOU HAVE SIXTY (60) DAYS FROM THE RECEIPT OF THIS NOTICE TO FILE THIS CIVIL ACTION.** The time limit for filing suit based on a federal claim may be different.

## EEOC REVIEW NOTICE

As your charge was dual filed under Title VII of the Civil Rights Act/Age Discrimination in Employment Act/Americans with Disabilities Act, which are enforced by the U.S. Equal Employment Opportunity Commission (EEOC), you have the right to request an EEOC review of this final decision on your case. **To secure a review, you must request it in writing within fifteen (15) days from the date of the notice.** Send your request to: San Antonio EEOC, 5410 Fredericksburg Road, Suite 200, San Antonio, TX 78229.

On behalf of the Division,

*Venessa Hernandez for Brian Snoddy*                                     12/14/2022
_____                          _____
Bryan Snoddy                                                                              Date
Division Director


cc:
HHSC CIVIL RIGHTS OFFICE
Nicolette Hill
Area Manager
4900 N. Lamar
Austin, TX 78751

EEOC Form 161 (11/16)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

To:
**Carla Dewalt**
19022 Cloyanna Ln.
Humble, TX 77346

From: **San Antonio Field Office**
**5410 Fredericksburg Rd**
**Suite 200**
**San Antonio, TX 78229**

☐   *On behalf of person(s) aggrieved whose identity is*
*CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **451-2022-03341** | **Hector Colon-Padro**<br>**State and Local Coordinator** | **(210) 640-7546** |

## THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐   The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐   Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐   The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐   Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☐   The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☒   The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐   Other *(briefly state)*

## - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

Enclosures(s)

**Norma J. Guzman,**
**Field Director**

2023-01-04

*(Date Mailed)*

cc:   **Texas Department Of Family And Protective Services**
c/o **NICOLETTE HILL**
**4900 N. Lamar**
Austin, TX 78751

**GARY MARTOCCIO**
**SPIELBERGER LAW GROUP**
4890 W. Kennedy Blvd. Suite 950
Tampa, FL 33609

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| [X] FEPA | |
| [X] EEOC | |

**Texas Workforce Commission, Civil Rights Division** _____ and EEOC

*State or local Agency, if any*

| Name *(Indicate Mr., Ms., Mrs.)* | Home Phone *(Incl. Area Code)* | Date of Birth |
|---|---|---|
| **Carla Dewalt** | **(281) 883-6690** | **08/12/1994** |

| Street Address | City, State and ZIP Code |
|---|---|
| **19022 Cloyanna Ln.** | **Humble, TX 77346** |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| **Texas Department of Family and Protective Services** | **15+** | **(800) 720-7777** |

| Street Address | City, State and ZIP Code |
|---|---|
| **4900 N. Lamar Blvd.** | **Austin, TX 78751** |

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

[ ] RACE   [ ] COLOR   [ ] SEX   [ ] RELIGION   [ ] NATIONAL ORIGIN
[X] RETALIATION   [ ] AGE   [X] DISABILITY   [ ] GENETIC INFORMATION
[ ] OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest **10/15/2021**   Latest **05/18/2022**

[ ] CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

**Statement of Harm:** Texas Department of Family and Protective Services ("DFPS") discriminated and retaliated against me due to my disability and/or perceived disability.

Around October 2021, I informed my Supervisor, Pamela Ludwig, that I suffered from anxiety and depression. On or about May 12, 2022, I contacted Ted Davis from DFPS's HR department to inquire about taking a leave of absence due to my medical condition becoming exacerbated. I also informed Ms. Ludwig of my intention to request protected medical leave.

On or about May 16, 2022, I provided completed medical leave paperwork to Mr. Davis. Two days later, on or about May 18, 2022, I discovered I could not log into any of my work devices. When I contacted DFPS's HR department to inquire about the issue, I was informed that my employment had been terminated.

**Statement of Discrimination:** I believe DFPS discriminated and retaliated against me due to my disability and/or perceived disability in violation of Title I of the Americans with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101 *et seq.*, and Chapter 21 of the Texas Labor Code.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 08/22/22<br><br>Date          Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |

# George D. Santos, MD, PA, DFAPA

May 13, 2022

Regarding Carla DeWalt (DOB: 8/12/1994)

To whom it may concern,

Carla DeWalt is a patient under my care for a medical disorder that has deteriorated. I have advised her to take an immediate leave of absence from all work effective today for a period of six weeks. During this period of absence, she will be involved in active treatment. She will have regular follow-up appointments and I will have an ongoing evaluation when she is able to return to work. I do anticipate she will be able to return to work in the future.

If I may be of further assistance, please contact me.

Sincerely,

George Santos MD

**6:48**

    

Tedd >

iMessage
Thu, May 12, 1:46 PM

Sorry I'm in a meeting <u>from 1-3</u>

Ok I'll try again after 3

**Read 5/12/22**

   

      

**6:46**

  

Tamala >

Wed, May 11, 7:06 PM

Just left the Joint FBSS meeting

Please make sure you document the visit tonight

Ok

Fri, May 13, 2:59 PM

I'm going to be taking leave for FMLA

Thank you for letting me know. Did your doctor send on the paperwork to the FMLA box? Once it gets approved I'll update the system.

What's the return date?

Send me an email

Not yet, I do not have the paperwork for FMLA. He said that I have 1-2 week to send it /it returned.
He didn't give me a exact date. The return date is to be determined at 6-week visit.

  iMessage

      

6:47

  

Tamala >

Fri, May 13, 2:59 PM


I'm going to be taking leave for FMLA

Thank you for letting me know.  Did your doctor send on the paperwork to the FMLA box?  Once it gets approved I'll update the system.

What's the return date?

Send me an email

Not yet, I do not have the paperwork for FMLA. He said that I have 1-2 week to send it /it returned.
He didn't give me a exact date. The return date is to be determined at 6-week visit.

July 1st

Thu, May 19, 4:42 PM

I think it was a miss communication about me not being able to work. Was my request for FMLA was denied?

   iMessage

      

**6:48**

  

Tamala >

FMLA request was not granted?

No you were not terminated. You were voluntarily separated based off your resignation

I don't know anything about the FMLA

**Latrina**  L >
PD Assistant

Carla I do need you to bring your equipment to Buffalo Speedway no later than noon tomorrow.

I will be in training, but Latrina can receive it from you.

Please call her if you have any issues in returning your equipment

On Thursday I informed you I was sick and going to return with a note. Friday you were aware of my doctor appointment which then we had a conversation about FMLA. I will be unable to return the equipment by noon tomorrow as my time/travel has not been certified.

Read 5/19/22

  iMessage

